```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

VISION BANK,                         :
    Plaintiff,                   :
                                 :
vs.                                  :   CIVIL ACTION 11-0568-KD-M
                                 :
BAMA BAYOU, LLC,                     :
f/k/a RIVERWALK, LLC, et al.,        :
                                 :
    Defendants.                  :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Motion to Remand (Doc. 20) be **GRANTED** and this action **REMANDED** to the Mobile County Circuit Court for further proceedings.

DONE this 22nd day of February, 2012.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE